UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GERALD COHEN and SOPHIE COHEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:22-cv-00949-RLW |
| | ) | |
| AUTOMATED BENEFITS SERVICES, INC., | ) | |
| BLUE CROSS and BLUE SHIELD OF | ) | |
| MICHIGAN, ASCENSION HEALTH | ) | |
| ALLIANCE, and the ASCENSION | ) | |
| SMARTHEALTH MEDICAL PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION

COMES NOW Defendant Ascension Health Alliance (Ascension), by and through undersigned counsel, and hereby withdraws its *Motion to Seal Its Amended Disclosure of Organizational Interests Certificate*, which was filed with the Court on October 20, 2022. Pursuant to the Court's latest order, Ascension will file an unredacted version of its Amended Disclosure of Organizational Interests Certificate on the public docket.

Dated: October 27, 2022

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Amy L. Blaisdell
Amy L. Blaisdell, #51068
David J. Wasserman, #72187
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
apb@greensfelder.com
dwasserman@greensfelder.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian S. King
Brent J. Newton
BRIAN S. KING PC
420 E. South Temple Ste. 420
Salt Lake City, UT  84111
brian@briansking.com
brent@briansking.com

*Attorneys for Plaintiff*

                /s/ Amy L. Blaisdell