# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GERALD COHEN and SOPHIE COHEN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:22-cv-00949-RLW |
| | ) | |
| AUTOMATED BENEFITS SERVICES, INC., BLUE CROSS and BLUE SHIELD OF MICHIGAN, ASCENSION HEALTH ALLIANCE, and the ASCENSION SMARTHEALTH MEDICAL PLAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Ascension Health Alliance ("Ascension") hereby discloses the following organizational interests:

**1.** **If the subject organization is a corporation:**

   **a**. **Whether the subject organization is publicly traded, and if it is, on which exchange(s):**

   Ascension is not publicly traded.

   **b**. **Its parent companies or corporations (if none, state "none"):**

   Ascension has no parent companies or corporations.

   **c.** **Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):**

   The non-wholly owned subsidiaries of Ascension are as follows:

   Ascension Alpha Fund LLC, Delaware entity
   Crowe Healthcare Risk Consulting formerly known as Catholic Healthcare Audit Network, L.L.C., Missouri entity
   Catholic Health Ventures II, L.P. ("CHV II, L.P."), Delaware partnership
   Catholic Health Ventures III, L.P. ("CHV III, L.P."), Delaware partnership
   Catholic Health Ventures IV, L.P. ("CHV IV, L.P."), Delaware partnership
   Catholic Health Ventures V, L.P. ("CHV V, L.P."), Delaware partnership
   Preferred Professional Insurance Company, Nebraska entity

TCP-ASC ACHI Series LLLP, Delaware entity
Ascension Towerbrook Healthcare Opportunities, L.P., Cayman Islands

- d. **Any publicly held company or corporation that owns any of the subject corporation's stock (if none, state "none"):**

    Ascension is a non-profit, religious corporation. As such, no publicly held company or corporation owns any stock in the corporation

2. **If the subject organization is a limited liability company or a limited liability partnership, its members and sub-members and each member's and sub-member's state(s) of citizenship:**

    The subject organization is not a limited liability company or a limited liability partnership. However, some of the entities identified in response to 1(c) are LLCs or LPs. Pursuant to the Court's order dated October 11, 2022, Ascension discloses the following members of those organizations and the residency information based on Ascension's information and belief. Ascension further notes that jurisdiction in this case is based on Federal Question (ERISA) and not Diversity of Citizenship.

    **Ascension Alpha Fund, LLC**
    The members of Ascension Alpha Fund and their states of residency based on Ascension's information and belief are as follows:

| **Member** | **State of Residency** |
| --- | --- |
| Ascension Health Alliance | MO |
| Ascension Health Alliance Professional and General Liability Self Insurance Trust | MO |
| Ascension Worker's Compensation Self Insurance Trust | MO |
| Saint Luke Institute, Inc. | MD |
| Saint Luke Institute Foundation, Inc. | MD |
| Saint Vincent Hospital Foundation | IN |
| Daughters of Charity, Inc. | MO |
| Brothers Communities and Ministries Investment Fund | IL |
| Mercy Investment Services, Inc. | MO |
| Inner-City Scholarship Fund | NY |
| Mercy Health Foundation | WI |
| St. Elizabeth Hospital Foundation | WI |
| Congregation of Mission International Fund | MO |
| Catholic Medical Mission Board, Inc. | NY |
| Catholic Relief Services | MD |
| Catholic Health System, Inc. | NY |
| The Ursuline Academy of Cleveland dba Ursuline Sisters of Cleveland | OH |
| Fournier Retirement Fund, Inc. | PA |

| Member | State of Residency |
|---|---|
| Nazareth Literary & Benevolent Institution | KY |
| Aquinas Institute of Theology | MO |
| St. Benedict's Abbey | KS |
| Bellarmine College Preparatory | CA |
| Catholic Community Foundation of Minnesota | MN |
| CM Investment Services LLC | MO |
| Priests' Pension Plan of the Archdiocese of Denver | CO |
| Dominican Sisters of Peace | OH |
| St. Mary's Healthcare | NY |
| Sisters of the Holy Cross | IN |
| Impact Investing Charitable Trust | KS |
| Henry J. Predolin Foundation | WI |
| Via Christi Foundation, Inc. | KS |
| Congregation of the sisters of Charity of the Incarnate Word, San Antonio | TX |

**Crowe Healthcare Risk Consulting LLC**

The members of Crowe Healthcare Risk Consulting LLC and states of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Catholic Health Initiatives | CO |
| Crowe Horwath LLP<br>- This entities further members are unknown to Ascension. | IL |

**CHV II, L.P.**

The members of CHV II, L.P and their states of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Ascension Health Ventures III, LLC d/b/a Ascension Ventures LLC<br>- The member of Ascension Health Ventures III, LLC is AHV Holding Company, LLC and the member of AHV Holding Company, LLC is Ascension Capital LLC, which is wholly owned by Ascension | MO |
| Commonspirit Health Operating | CA |
| Franciscan Alliance | IA |
| Trinity Health Corporation | MI |

4893-2425-4261, v. 5

**CHV III, L.P.**

The members of CHV III, L.P and their states of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Ascension Health Ventures III, LLC d/b/a Ascension Ventures III, LLC<br>- The member of Ascension Health Ventures III, LLC is AHV Holding Company, LLC and the member of AHV Holding Company, LLC is Ascension Capital LLC, which is wholly owned by Ascension | MO |
| Adventist Health System Sunbelt Healthcare Corporation | CA |
| Commonspirit Health Operating | CA |
| Decatur Memorial Hospital | IL |
| IHC Health Services, Inc | UT |
| McAuley Portfolio Management Company | MO |
| Trinity Health Corporation | MI |

**CHV IV, L.P.**

The members of CHV IV, L.P and their states of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Ascension Health Ventures III, LLC d/b/a Ascension Ventures III, LLC<br>- The member of Ascension Health Ventures III, LLC is AHV Holding Company, LLC and the member of AHV Holding Company, LLC is Ascension Capital LLC, which is wholly owned by Ascension | MO |
| Adventist Health System Sunbelt Healthcare Corporation | CA |
| The Carle Foundation | IL |
| CentraCare Health System | MN |
| Children's Medical Center of Dallas | TX |
| Commonspirit Health Operating | CA |
| Inova Health System Foundation | VA |
| IHC Health Services, Inc. | UT |
| McAuley Portfolio Management Company | MO |
| Novant Health | NC |
| OhioHealth Corporation | OH |
| OSF Healthcare System | IL |

4893-2425-4261, v. 5

The members of CVH V, L.P. and their states of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Collaborative Health Ventures V, LP d/b/a CHV, LP | DE |
| Ascension Health Ventures III, LLC d/b/a Ascension Ventures III, LLC<br>- The member of Ascension Health Ventures III, LLC is AHV Holding Company, LLC and the member of AHV Holding Company, LLC is Ascension Capital LLC, which is wholly owned by Ascension | MO |
| Adventist Health System Sunbelt Healthcare Corporation | FL |
| Anne Arundel Medical Center | MD |
| The Carle Foundation | IL |
| CentraCare Health System | MN |
| Children's Medical Center of Dallas | TX |
| IHC Health Services, Inc. | UT |
| NorthShore University Health System | IL |
| Novant Health | NC |
| OhioHealth Corporation | OH |
| OSF Healthcare System | IL |
| Sentara Healthcare | VA |
| Texas Health Resources | TX |

**Preferred Professional Insurance Company**

Preferred Professional Insurance Company is not an LLC or LP and has no members.

**TCP-ASC ACHI Series LLLP**

The member of TCP-ASC ACHI Series LLP and state of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Health Alliance | MO |
| Towerbook Capital Partners, LP<br>- The partners of this entity are not known to Ascension. | DE |

**Ascension TowerBrook Healthcare Opportunities, LP**

The member of Ascension TowerBrook Healthcare Opportunities, LP and state of residency based on Ascension's information and belief are as follows:

| Members | State of Residency |
|---|---|
| Ascension Capital, LLC<br>- This entity is wholly owned by Ascension | MO |
| ATHO GP, LP<br>- This entity is owned by:<br>   - TowerBrook ATHO Carry, LP (Delaware), which is owned by Ascension Capital, LLC, a wholly owned subsidiary of Ascension; and<br>   - TowerBrook ATHO Carry, LP (Cayman Islands), which is owned by TowerBrook ATHO Carry GP, LP (Cayman Islands), which is owned by TowerBrook Investors Ltd (domicile unknown) | DE |

Dated: October 27, 2022

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Amy L. Blaisdell
    Amy L. Blaisdell, #51068
    10 S. Broadway, Suite 2000
    St. Louis, MO 63102
    Telephone: (314) 241-9090
    Facsimile: (314) 241-8624
    apb@greensfelder.com

***Attorneys for Defendants Automated Benefits Services, Inc., Ascension Health Alliance, and the Ascension SmartHealth Medical Plan***

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian S. King
Brent J. Newton
BRIAN S. KING PC
420 E. South Temple Ste 420
Salt Lake City, UT 84111
brian@briansking.com
brent@briansking.com

*Attorneys for Plaintiff*

    /s/ Amy L. Blaisdell