## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GERALD COHEN and SOPHIE COHEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:22-cv-949-RLW |
| ) | |
| AUTOMATED BENEFITS SERVICES, INC. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
### TO FILE ADMINISTRATIVE RECORD UNDER SEAL

COME NOW Defendants Automated Benefits Services, Inc., Blue Cross and Blue Shield of Michigan, Ascension Health Alliance, and the Ascension SmartHealth Medical Plan, by and through undersigned counsel, and hereby move the Court for leave to file, under seal, the Administrative Record. In support, Defendants respectfully state as follows:

1. This case arises under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C §§ 1001, *et seq.* and involves a dispute between the parties regarding the denial of payment for medical expenses.

2. On November 14, 2022, the Court entered a Case Management Order (Doc. #45) that, *inter alia*, requires Defendants to produce the Administrative Record to Plaintiffs and file it with the Court by December 16, 2022.

3. The Administrative Record consists of approximately 2,026 pages. A large majority of the Administrative Record contains either medical, financial, or other confidential information relating to Plaintiff Sophie Cohen that is of no relevance to the general public and the public disclosure of which would subject Plaintiff to potential harm, embarrassment or humiliation.

4. The Court's Local Rule 13.05 mandates that the Administrative Record be filed under seal. *See* E.D. Mo. L.R. 13.05(B)(1)(b) ("The following material must be filed under seal: … the Administrative Record filed in a case brought under Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B).").

5. Undersigned counsel has contacted Plaintiffs' counsel with respect to this Motion, and Plaintiffs' counsel has stated that he does not object to the Administrative Record being filed under seal.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file the Administrative Record under seal, and for such other relief as this Court deems just and proper.

Dated: December 16, 2022

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Amy L. Blaisdell
Amy L. Blaisdell, #51068
David J. Wasserman, #72187
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
apb@greensfelder.com
dwasserman@greensfelder.com

***Attorneys for Defendants***

4895-3451-6035, v. 1

## CERTIFICATE OF SERVICE

 I hereby certify that on December 16, 2022 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian S. King
Brent J. Newton
BRIAN S. KING PC
420 E. South Temple Ste. 420
Salt Lake City, UT  84111
brian@briansking.com
brent@briansking.com

*Attorneys for Plaintiff*

                /s/ Amy L. Blaisdell

4895-3451-6035, v. 1