UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD COHEN, et al., | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | )    No. 4:22-CV-00949-RLW |
| | ) |
| AUTOMATED BENEFITS SERVICES, INC., | ) |
| et al., | ) |
| | ) |
|     Defendant(s). | ) |

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:    WINTERS, BRADLEY A.

    Firm Address:    190 Carondelet Plaza Suite 1100 St. Louis, MO 63105

    Email:    bwinters@jamsadr.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:    Brian S. King (for pla)
                            Brian S. King, PC
                            420 E. South Temple
                            Suite 420
                            Salt Lake City, UT 84111
                            Ph: 801-532-1739   FAX: 801-532-1936

    Other Counsel:    Amy L. Blaisdell (for dft)
                            GREENSFELDER HEMKER PC - St. Louis
                            10 S. Broadway Street
                            Suite 2000
                            St. Louis, MO 63102
                            Ph: 314-516-2642   FAX: 314-241-3643

**The completion deadline for this ADR referral is March 24, 2023. The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>January 11, 2023.</u>  
Date

<u>*Gregory J. Linhares*           /</u>  
Clerk of Court

By: <u>/s/ Tiffani Tillman        /</u>  
TIFFANI TILLMAN  
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GERALD COHEN, et al., )
)
    Plaintiff(s), )
)
v. ) No. 4:22-CV-00949-RLW
)
AUTOMATED BENEFITS SERVICES, )
INC., et al., )
)
    Defendant(s). )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. **Check one**

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____ Neutral: _____

WINTERS, BRADLEY A.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD COHEN, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:22-CV-00949-RLW |
| | ) |
| AUTOMATED BENEFITS SERVICES, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                    Email address:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

Date_____ Neutral_____