UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD COHEN and SOPHIE COHEN, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:22-CV-949 RLW |
| v. | ) ) | |
| AUTOMATED BENEFITS SERVICES, INC., BLUE CROSS AND BLUE SHIELD OF MICHIGAN, ASCENSION HEALTH ALLIANCE, and ASCENSION SMARTHEALTH MEDICAL PLAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal, (ECF No. 59),

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Dismiss with Prejudice is **GRANTED.** [ECF No. 59]

**IT IS FURTHER ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own fees and costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  18th  day of May, 2023.